| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Rabin J. Pournazarian 186735**<br>**6345 Balboa Blvd. Suite 247**<br>**Encino, CA 91316**<br>**818-995-4540 Fax: 818-995-9277**<br>State Bar Number: **186735 CA**<br>**rabin@pricelawgroup.com**<br><br>☐ *Individual appearing without attorney*<br>☑ *Attorney for: Debtor* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>**Nichole Joy Tam**<br><br><br><br><br>Debtor(s). | CASE NO.: **2:23-bk-10703-SK**<br><br>CHAPTER: **13**<br><br>**NOTICE OF MOTION UNDER LBR 3015-1(n) AND (w) TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS**<br><br>[No hearing required unless requested under LBR 3015-1(w)] |
|---|---|

1. NOTICE IS GIVEN that the Debtor in the above-captioned case will move this court for an order granting the relief sought in the attached motion. The motion is based upon the grounds set forth in the motion. The motion is made pursuant to LBR 3015-1(n) and (w), which provide that this motion may be granted without a hearing.

2. **Deadline for Opposition Papers and Request for a Hearing**: Any party objecting to the attached motion must file with the court and serve on the Debtor and the chapter 13 trustee a written objection and request for a hearing on the motion. If you fail to file a written objection within 21 days of the date of service of this notice, plus 3 additional days if you were served by mail or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F), the court may treat such failure as a waiver of your right to oppose the motion and may grant the motion.

Date:  **5/18/2023**

/s/ Rabin J. Pournazarian
Signature of Debtor or attorney for Debtor
**Rabin J. Pournazarian 186735**
Printed name of Debtor or attorney for Debtor

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016                                         Page 1                               F 3015-1.05.NOTICE.MODIFY.SUSPEND

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**6345 Balboa Blvd. Suite 247**
**Encino, CA 91316**

A true and correct copy of the foregoing document entitled:   **Notice of Motion Under Local Bankruptcy Rule 3015-1(n) AND (w) To Modify Plan or Suspend Plan Payments**   will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)  **5/18/2023**  , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
ECF PARTY: Mandy Youngblood, csbk@gmfinancial.com
CHAPTER 13 TRUSTEE: Kathy A Dockery (TR), EFiling@LATrustee.com
ECF PARTY: Brende M McCann, askbk@resurgent.com
ATTORNEY FOR DEBTOR: Rabin Pournazarian, enotice@pricelawgroup.com
UNITED STATES TRUSTEE (LA), ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*)  **5/18/2023**  , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 5/18/2023 | ` | **Ashley Johnson** | **/s/ Ashley Johnson** |
|---|---|---|---|
| *Date* | | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016                                                                  Page 2                                              F 3015-1.05.NOTICE.MODIFY.SUSPEND

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0973-2<br>Case 2:23-bk-10703-SK<br>Central District of California<br>Los Angeles<br>Thu May 18 11:41:41 PDT 2023 | LVNV Funding LLC<br>c/o Resurgent Capital Services<br>P.O. Box 10587<br>Greenville, SC 29603-0587 | Merrick Bank<br>c/o Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 |
| Los Angeles Division<br>255 East Temple Street,<br>Los Angeles, CA 90012-3332 | AmeriCredit Financial Services, Inc. dba GM<br>P O Box 183853<br>Arlington, TX 76096-3853 | AmeriCredit/GM Financial<br>Attn: Bankruptcy<br>Po Box 183853<br>Arlington, TX 76096-3853 |
| Anaheim Urgent Care Inc<br>831 S State College Blvd<br>Anaheim, CA 92806-4613 | Ashley Funding Services, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Avant/WebBank<br>222 North Lasalle Street<br>Suite 1600<br>Chicago, IL 60601-1112 |
| Bank of Missouri<br>2700 S. Lorraine Place<br>Sioux Falls, SD 57106-3657 | Berg Inc<br>PO Box 3475<br>Toledo, OH 43607-0475 | Best Egg<br>1523 Concord Pike<br>Suite 201<br>Wilmington, DE 19803-3656 |
| CKS Prime Investments, LLC<br>P.O. Box 2856<br>Chesapeake, VA 23327-2856 | Comenity Capital Bank<br>PO box 183003<br>Columbus, OH 43218-3003 | Credit One Bank<br>PO Box 98873<br>Las Vegas, NV 89193-8873 |
| Crown Asset Management LLC<br>3100 Breckenridge Blvd. Ste. 725<br>Case No. 22NWLC16079<br>Duluth, GA 30096-7605 | EdFinancial Services<br>Attn: Bankruptcy<br>Po Box 36008<br>Knoxville, TN 37930-6008 | Enhanced Recovery Company<br>Attn: Bankruptcy<br>8014 Bayberry Road<br>Jacksonville, FL 32256-7412 |
| FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | Fingerhut Fetti/Webbank<br>Attn: Bankruptcy<br>6250 Ridgewood Road<br>Saint Cloud, MN 56303-0820 | First Investors Financial Dept<br>Attn: Bankruptcy<br>3065 Akers Mill Rd Se, Ste 700<br>Atlanta, GA 30339-3124 |
| First Investors Servicing Corporation<br>3065 Akers Mill Rd SE Suite 700<br>Atlanta, Georgia 30339-3124 | First Premier Bank<br>Attn: Bankruptcy<br>Po Box 5524<br>Sioux Falls, SD 57117-5524 | Franchise Tax Board<br>Bankruptcy Section MS A340<br>Attn Bankruptcy<br>Post Office Box 2952<br>Sacramento, CA 95812-2952 |
| Genesis FS Card<br>Attn: Bankruptcy<br>Po Box 4477<br>Beaverton, OR 97076-4401 | Genesis FS Card Services<br>Attn: Bankruptcy<br>Po Box 4477<br>Beaverton, OR 97076-4401 | Harbor Foot Ankle Podiatric<br>1360 W 6th 150<br>San Pedro, CA 90732-3541 |
| Harris & Harris Ltd.<br>111 West Jackson Blvd. Suite 400<br>Chicago, IL 60604-4135 | Harris and Harris, LTD<br>111 W. Jackson Blvd<br>Suite 400<br>Chicago, IL 60604-4135 | Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |

```
(p)JEFFERSON CAPITAL SYSTEMS LLC        Kazerouni Law Group                      LVNV Funding LLC
PO BOX 7999                             2221 Camino Del Rio South Ste 101        C/O Resurgent Capital Services
SAINT CLOUD MN 56302-7999               Case No. 22NWLC16079                     PO Box 10587
                                        San Diego, CA 92108-3609                 Case No. 22NWLC27896
                                                                                 Greenville, SC 29603-0587


LVNV Funding, LLC                       Little Company of Mary Hospital          MERRICK BANK
Resurgent Capital Services              4101 Torrance Boulevard                  Resurgent Capital Services
PO Box 10587                            Torrance, CA 90503-4664                  PO Box 10368
Greenville, SC 29603-0587                                                        Greenville, SC 29603-0368


Mandarich Law Group LLP                 Mandarich Law Group LLP                  Midland Credit Management, Inc.
PO Box 109032                           PO Box 109032                            PO Box 2037
Case No. 22NWLC27896                    File No. 4623181                         Warren, MI 48090-2037
Chicago, IL 60610-9032                  Chicago, IL 60610-9032


Midland Funding/Midland Credit Mgmt     (p)MISSION LANE LLC                      NORDSTROM, INC.
Attn: Bankruptcy                        PO BOX 105286                            Jefferson Capital Systems LLC Assignee
Po Box 939069                           ATLANTA GA 30348-5286                    Po Box 7999
San Diego, CA 92193-9069                                                         Saint Cloud MN 56302-7999


Nordstrom FSB                           ONEMAIN                                  OneMain Financial
Attn: Bankruptcy                        P.O. BOX 3251                            Attn: Bankruptcy
Po Box 6555                             EVANSVILLE, IN 47731-3251                Po Box 3251
Englewood, CO 80155-6555                                                         Evansville, IN 47731-3251


Pathlab Services, Inc.                  Premier Bankcard, LLC                    Progressive leasing
c/o Computer Billing Systems            Jefferson Capital Systems LLC Assignee   256 West Data Drive
7707 Garden Grove Blvd                  Po Box 7999                              Draper, UT 84020-2315
Garden Grove, CA 92841-4207             Saint Cloud MN 56302-7999


Providence Little Company of Mary       Quantum3 Group LLC as agent for          Quantum3 Group LLC as agent for
1300 W 7th St                           CKS Prime Investments LLC                Genesis FS Card Services Inc
San Pedro, CA 90732-3505                PO Box 788                               PO Box 788
                                        Kirkland, WA  98083-0788                 Kirkland, WA  98083-0788


(p)RAUSCH STURM LLP                     Resurgent Capital Services               Resurgent Capital Services as servicing agen
250 N SUNNYSLOPE ROAD                   Attn: Bankruptcy                         Resurgent Capital Services
BROOKFIELD WI 53005-4824                Po Box 10497                             PO Box 10587
                                        Greenville, SC 29603-0497                Greenville, SC 29603-0587


SWC Group                               Superior Court of CA, County of LA       T Mobile/T-Mobile USA Inc
4120 International Parkway #100         12720 Norwalk Blvd.                      by American InfoSource as agent
Carrollton, TX 75007-1957               Case No. 22NWLC27896                     PO Box 248848
                                        Norwalk, CA 90650-3169                   Oklahoma City, OK  73124-8848


TD Bank USA, N.A.                       Target Nb                                The Bank of Missouri
C O WEINSTEIN & RILEY, PS               C/O Financial & Retail Services          5109 Broadband Ln
2001 WESTERN AVENUE, STE 400            Mailstop BT PO Box 9475                  File No. 4623181
SEATTLE, WA 98121-3132                  Minneapolis, MN 55440-9475               Sioux Falls, SD 57108-2208
```

```
Total Visa/The Bank of Missouri        US Dept. of Education                United States Trustee (LA)
Attn: Bankruptcy                       120 N Seven Oaks Drive               915 Wilshire Blvd, Suite 1850
Po Box 85710                           Knoxville, TN 37922-2359             Los Angeles, CA 90017-3560
Sioux Falls, SD 57118-5710


(p)UPGRADE  INC                        Kathy A Dockery (TR)                 Nichole Joy Tam
2 N CENTRAL AVE                        801 Figueroa Street, Suite 1850      751 West 26th Street
10TH FLOOR                             Los Angeles, CA 90017-5569           San Pedro, CA 90731-6353
PHOENIX AZ 85004-2322


Rabin Pournazarian
6345 Balboa Blvd., Suite 247
Encino, CA 91316-1580
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Jefferson Capital Systems LLC          (d)Jefferson Capital Systems, LLC    Mission Lane LLC
Po Box 7999                            Attn: Bankruptcy                     Attn: Bankruptcy
Saint Cloud MN 56302-9617              16 Mcleland Road                     P.O. Box 105286
                                       Saint Cloud, MN 56303                Atlanta, GA 30348


Rausch Sturm LLP                       Upgrade, Inc.
250 N Sunnyslope Road Suite 300        Attn: Bankruptcy
Case No. 22NWLC16079                   275 Battery Street 23rd Floor
Brookfield, WI 53005                   San Francisco, CA 94111
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Courtesy NEF                        End of Label Matrix
                                       Mailable recipients    66
                                       Bypassed recipients     1
                                       Total                  67
```